■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY LUCIANO, Also Known as TATI FELICIANO, Also Known as SKIP LUCIANO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Kasler, J.—criminal sale of controlled substance, third degree.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABDUL MUHAMMAD, Appellant.—Judgment unamiously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, McCarthy, J.—criminal possession of stolen property, third degree.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD THOMAS, Also Known as MICHAEL DAVIS, Appellant. —Judgment unamiously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.— criminal possession of stolen property, second degree.) Present —Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.